CARMELLA R. LAFAGE, ET AL., PLAINTIFFS–RESPONDENTS,
v. DEVENDRA JANI, M.D., DEFENDANT, AND D.L. SEALS,
R.N., ET AL., DEFENDANTS–MOVANTS.

February 10, 2000.

Leave to appeal is granted.

747 A.2d 279

CARMELLA R. LAFAGE, ETC., ET AL., PLAINTIFFS–RESPON-
DENTS, v. DEVENDRA JANI, M.D., ET AL., DEFENDANTS–
MOVANTS, AND ANGELO J. FALCIANI, ET AL., DEFEN-
DANTS–RESPONDENTS.

February 10, 2000.

Leave to appeal is granted.

747 A.2d 279

T.A.G., PLAINTIFF, v. DIVISION OF MEDICAL ASSISTANCE AND
HEALTH SERVICES, ET AL., DEFENDANTS–MOVANTS.

February 10, 2000.

This matter having been duly presented to the Court, it is
ORDERED that the motion to dismiss the appeal as moot is
granted.